IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAKISHA MILLER, et al. : | |
|      *Plaintiff(s)* : | |
| : | |
| v. : | CIVIL NO. 23-3479 |
| : | |
| JOHN DOE, et al. : | |
|      *Defendant(s)* : | |

**O R D E R**

**AND NOW,** this **6th** day of **December 2023**, upon consideration of the Stipulation Limiting Damages by Emmons, LLC in the above action (Doc. No. 10), it is **ORDERED** that the above-captioned matter is remanded to the Court of Common Pleas of Philadelphia County. **IT IS FURTHER ORDERED** that the Clerk of Court is directed to close the above-captioned matter for all purposes, including statistics.

BY THE COURT:

*s/Kai N. Scott*

**HONORABLE KAI N. SCOTT**
**United States District Court Judge**